IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| GERMAN A. JAIMES-LOPEZ, <br> (BOP No. 44875-509), <br>     Petitioner, <br><br> v. <br><br> FREDDY GARRIDO, <br> FMC-Fort Worth, <br>     Respondent. | § § § § § § § § § § | Civil Action No. 4:23-CV-1008-O |

**FINAL JUDGMENT**

In accordance with the order issued this same day and Federal Rule of Civil Procedure 58, it is **ORDERED, ADJUDGED,** and **DECREED** that this case is **DISMISSED** without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**SIGNED** this **27th day** of **November, 2023**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE